IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL A. GRANTHAM,

    Plaintiff,

vs.                                                Civ. No. 01-1155 BB/WWD ACE

RANGEFIRE INTEGRATED NETWORKS, INC., MICHAEL C. DITMORE, BRUCE W. McROY, THOMAS HARRIMAN, NORMAN SPRAGUE, DENISON BOLLAY, CARL W. STROBEL, ELWOOD HOWSE, CHARLES HOUSE, AND JOHN DOES I-X,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Plaintiff's Motion for Order Permitting Deferral of Expert Report Submission Until After Termination of Discovery [docket no. 43] filed October 18, 2002. The motion seeks to delay submission of expert witness reports until after discovery is completed so that Plaintiff would have the testimony of other witnesses for use by its expert witness. A similar argument could be made with respect to almost any lawsuit requiring expert witnesses. The rules contemplate a certain sequence in developing a lawsuit, and provision is made for supplementing expert witness reports in the event that evidence developed after the report is made necessitates such supplementation. Accordingly, I find that the instant motion is not well taken and that it should be denied.

    **IT IS SO ORDERED**.

                                                                               _____
                                                                           UNITED STATES MAGISTRATE JUDGE